Subpoena For Records

Case # 20-cv-4207

(Filer) Roosevelt T. Linco Jr

Exhibit

" A "

United States Courts
Southern District of Texas
FILED

APR 22 2026

Nathan Ochsner, Clerk of Court

Subpoena

For: (Video footage
medical Records)

United States Courts
Southern District of Texas
FILED

MAR 31 2026    J72163BS

Nathan Ochsner, Clerk of Court

**Not prepared by the District Clerk.**
District Clerk only certifies to the fact the
case is on file in his office. The party and
the pleading named are a true and correct
reflection of the records on file in his office
under the above captioned cause number.

CUST PAID
PTF 93.00
DFT_____

THE STATE OF TEXAS

WITNESS SUBPOENA/SUBPOENA DUCES TECUM

SERVICE FEES
NOT COLLECTED

RUSH

PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 176

CAUSE NO. 2D25-96159    IN THE 164 JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS

Roosevelt J. Linicome JR.    vs. H.CC Of Gaston (et al) J. Riley.
Plaintiff                         Defendant

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE
AND EXECUTE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.

YOU ARE HEREBY COMMANDED TO SUMMON The United States, District Court
Case #4:20-CV-4207; Court #9 Alfred H. Bennett
Address 515 Rusk St, Houston TX 77002
in Harris County, Texas, and who is represented to reside within one hundred fifty miles of the
Courthouse of Harris County, Texas, in which the above suit is pending, or who may be found within such distance at the time
of the trial, to appear before the 164 Judicial District Court in and for Harris County, in Houston, Texas, on the
6th day of April 2026 (20 26) at 6 Am M., to
testify as a witness on behalf of the Plaintiff/Defendant in the above styled Civil Action, to attend from day to day until lawfully
discharged.

SAID ABOVE NAMED WITNESS IS FURTHER COMMANDED to produce at said time and place above set forth the
following books, papers, documents, or other tangible things, to wit: (KOA) 4:20-CV-4207 = Docket
6B - Flash Drive Footage of Encounter (Black Flash Drive)
(Also) = (KOA) 4:20-CV-4207 Docket B5 (1-4 Exhibits)
(All) Exhibits, including (Restricted Document) #2 which includes, All Medical
Records - And direct Notes By DR Gaston Casillas MD (Himself)
DO NOT FAIL to return this writ to said Court with return thereon, showing the manner of execution.

ISSUED this the 6th day of March 20 26

FILED
Marilyn Burgess
District Clerk

MAR 12 2026
Time: 8:10 AM
Harris County, Texas
By M Buena
Mail Processing Clerk
Issued At Request Of Plaintiff/Defendant:
Phone Number: 713-960-3264
Address: 3401 Tann St Houston TX 77004

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

By: Tianni Williams
Deputy District Clerk

Roosevelt J. Linicome JR

OFFICER'S RETURN ON BACK

CIVCP01 Revised 2/17/2000

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## WITNESS SUBPOENA/SUBPOENA DUCES TECUM
### RETURN

Came to hand the _____ day of _____, 20 _____, at _____ o'clock ___.M., and executed the _____ day of _____, 20 _____, at _____ o'clock ___. M., by delivering to the within named _____ in person at _____ in _____ County, Texas, a true copy of this Subpoena, and tendering said witness the sum of $ _____.

By Deputy: _____

Sheriff/Constable _____

_____ County, Texas

### OR

By: _____

Person who is not a party to the suit, and is not less than 18 years of age.

**ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS PER RULE 176 T.R.C.P.**

I, the undersigned witness named in the Subpoena acknowledge receipt of a copy thereof, and hereby accept service of the attached subpoena, and will appear in said court on said date and time directed in this subpoena.

*Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.*

_____     _____
SIGNATURE OF WITNESS                                                      DATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

Not executed as to the witness _____

for the following reasons: _____

_____

_____

FEE FOR SERVICE OF SUBPOENA: $ _____

CIVCP01 Revised 2/17/2000

Not prepared by the District Clerk.
District Clerk only certifies to the fact the
case is on file in his office The party and
the pleading named are a true and correct
reflection of the records on file in his office
under the above captioned cause number THE STATE OF TEXAS

CUST PAID
PTF___93.00
DFT_____

WITNESS SUBPOENA/SUBPOENA DUCES TECUM

SERVICE FEES
NOT COLLECTED

## PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 176

CAUSE NO. 2D25-96159          IN THE __164__ JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS

Roosevelt J. Inicome JR
_____Plaintiff_____    vs. H.CCORGASton (et al) J. Riley.
                                    _____Defendant_____

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE
AND EXECUTE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.

YOU ARE HEREBY COMMANDED TO SUMMON The United States, District Court
Case #4:20-cv-4207, Court #9 Alfred H. Bennett
Address __515__ Rusk St, Houston TX 77002
'in ___Harris___ County, Texas, and who is represented to reside within one hundred fifty miles of the
Courthouse of Harris County, Texas, in which the above suit is pending, or who may be found within such distance at the time
of the trial, to appear before the __164__ Judicial District Court in and for Harris County, in Houston, Texas, on the
6th day of ___April  2026___ (20 26 ) at 9 Am M, to
testify as a witness on behalf of the Plaintiff/Defendant in the above styled Civil Action, to attend from day to day until lawfully
discharged

SAID ABOVE NAMED WITNESS IS FURTHER COMMANDED to produce at said time and place above set forth the
following books, papers, documents, or other tangible things, to wit (ROA) 4:20-CV-4207 = Docket
6B - Flash Drive footage of Encounter (black Flash Drive)
(Also) = (ROA) 4:20-CV-4207 Docket 85 (1-4 Exhibits)
(All) Exhibits, including (Restricted Document) #2 which includes, All Medical
Records - And direct notes by DK Easton Casillas MD - (Himself)
DO NOT FAIL to return this writ to said Court. with return thereon, showing the manner of execution.

ISSUED this the __6th__ day of ___March___ 20 26.

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

By: Tianni Williams
Deputy District Clerk

Issued At Request Of Plaintiff/Defendant  Roosevelt J. Inicome JR
Phone Number __713-960-3264__
Address __3401 Fannin St, Houston TX 77004__

OFFICER'S RETURN ON BACK

Delivery this___day of_____20____
ALAN ROSEN, Constable
Precinct #1, Harris County

By_____

CIVCP01 Revised 2/17/2000

## WITNESS SUBPOENA/SUBPOENA DUCES TECUM
### RETURN

Came to hand the _____ day of _____, 20 _____, at _____ o'clock ____.M., and

executed the _____ day of _____, 20 _____, at _____ o'clock ____. M.,

by delivering to the within named _____ in

person at _____ in _____

County, Texas, a true copy of this Subpoena, and tendering said witness the sum of $ _____.

By Deputy: _____

Sheriff/Constable _____

_____ County, Texas

**OR**

By: _____

Person who is not a party to the suit, and is not less than 18 years of age.

**ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS PER RULE 176 T.R.C.P.**

I, the undersigned witness named in the Subpoena acknowledge receipt of a copy thereof, and hereby accept service of the attached subpoena, and will appear in said court on said date and time directed in this subpoena.

*Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.*

_____       _____
SIGNATURE OF WITNESS                                      DATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

Not executed as to the witness _____

for the following reasons: _____

_____

_____

FEE FOR SERVICE OF SUBPOENA: $ _____

CIVCP01 Revised 2/17/2000

## Constable Return of Individual

Cause #: 202596159                                    Tracking #: 17216385

In the case of LINICOMN, ROOSEVELT L (JR) VS HARRIS COUNTY CONSTABLE'S OFFICE/GASTON/(ETAL) J.RILEY a SUBPOENA (SUMMONS) and attached _SUMMON_ was issued by the _164th Judicial District_ court of HARRIS County, TX and came to hand on the _10_ day of _March_, _ 2026 at _8:55AM_ to be delivered at _515 RUSK ST_, _HOUSTON_, Tx _77002_ by delivering to: THE UNITED STATES DISTRICT COURT CASE #4:20-CV-4207;COURT #9_ALFRED H. BENNETT

### (Attempted service at 515 RUSK ST, HOUSTON, Tx, 77002 unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|------|------|-------------|--------|---------------------|-------------------|---------|
| 3/11/2026 | 10:19:39 AM | MARCUS BESS | 1 | SERVED | 515 RUSK ST HOUSTON Tx 77002 | |
| 3/11/2026 | 10:18:00 AM | MARCUS BESS | 1 | PHONE CALL / EMAIL | 515 RUSK ST HOUSTON Tx 77002 | SENT EMAIL TO DEFENDANT WITH COPY OF DOCUMENTS. |

## Service of Individual

Executed in HARRIS County, Texas by delivering to each of the within name witness by _harris county email address_; a true copy of this _SUBPOENA (SUMMONS)_ together with the accompanying copy of the _ SUMMON_, at the following times and places:

| Name | Date | Time | Full Address of Service |
|------|------|------|-------------------------|
| THE UNITED STATES DISTRICT COURT CASE #4:20 -CV-4207;COURT #9_ALFRED H. BENNETT | 3/11/2026 | 10:19AM | 515 RUSK ST HOUSTON Tx 77002 |

Fee Due $ _____0.00_

by Deputy _MARCUS BESS - 1C64_
           Printed

Deputy Signature _____

Attempts: _2_

Total Attempts: _2_

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
7137555200